

# BEVERLEY MCGREW WALKER

### DISTRICT CLERK
### Fort Bend County, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS **June 24, 2025**
6/24/2025 11:03:57 AM
CHRISTOPHER A. PRINE
Clerk

**ACCELERATED APPEAL**

To: The Clerk of the Court of Appeals for the **Fifteenth Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **25-DCV-328899**    From the **240th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Surendran K. Pattel**    Court Reporter: **Marisol Ramos**

Appellant(s): **PLEASANTON HOUSING FINANCE CORPORATION AND THE BOARD MEMBERS OF THE PLEASANTON HOUSING FINANCE CORPORATION, IN THEIR OFFICIAL CAPACITY**    **VS**    Appellee(s): **CITY OF MISSOURI CITY, TEXAS; SIENNA PARKS & LEVEE IMPROVEMENT DISTRICT**

| Attorney for Appellant(s) | Attorney For Appellee(s) |
|---|---|
| **Daniel J Lecavalier** | **Jordan Marget** |
| SBN: 24129028 | SBN: 24130447 |
| Chasnoff Stribling LLP | Olson & Olson LLP |
| 1020 N.E. Loop 410 Suite 150 | 2727 Allen Parkway Suite 600 |
| San Antonio Tx 78209 | Houston Tx 77019 |
| Telephone: 210-469-4155 | Telephone: 713-533-3800 |
| Facsimile: | Facsimile: 713-533-3888 |
| E-mail: dlecavalier@chasnoffstribling.com | E-mail: jhightower@olsonllp.com |
| Attorney for: PLEASANTON HOUSING FINANCE CORPORATION AND THE BOARD MEMBERS OF THE PLEASANTON HOUSING FINANCE CORPORATION, IN THEIR OFFICIAL CAPACITY, Appellant | Attorney for: CITY OF MISSOURI CITY, TEXAS; SIENNA PARKS & LEVEE IMPROVEMENT DISTRICT, Appellee |
| | |
| Date of Judgment/Appealable Order**: June 9, 2025-Order Granting Temporary Injunction and Setting Case for Trial on the Merits** | Nature of Action: **Other Civil** |
| Disposition of Case: | Jury Trial: |
| Notice of Appeal Filed On: **June 23, 2025** | |

Signed, **on this the 24th day of June, 2025**.

**BEVERLEY MCGREW WALKER, DISTRICT CLERK
FORT BEND COUNTY, TEXAS**

By: /s/
    Deputy District Clerk **Ana Alas**
    Telephone: **(281) 341-4515**

Electronically Filed with the Fifteenth Court of Appeals

cc:    Jordan Marget
       Daniel J Lecavalier
       Lillian Cashmer
       J.R. Gallegos
       Brandon Hicks
       Robert Leonhardt
       Joey Macon
       Zachery Pawelek
       Harmony Ratterree

**ENCLOSURE(S): NOTICE OF ACCELERATED APPEAL**

**Physical Address**
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469

Phone: (281) 341-4509
Fax: (281) 341-4519

**Mailing Address**
301 Jackson Street, Room 101
Richmond, Texas 77469

Filed
6/23/2025 9:53 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Ana Alas

CAUSE NO. 25-DCV-328899

| | | |
|---|---|---|
| CITY OF MISSOURI CITY, TEXAS & | § | IN THE DISTRICT COURT |
| SIENNA PARKS & LEVEE | § | |
| IMPROVEMENT DISTRICT, | § | |
| | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | FORT BEND COUNTY, TEXAS |
| PLEASANTON HOUSING FINANCE | § | |
| CORPORATION AND THE BOARD | § | |
| MEMBERS OF THE PLEASANTON | § | |
| HOUSING FINANCE CORPORATION, | § | |
| IN THEIR OFFICIAL CAPACITIES, | § | |
| | § | |
| | § | |
| *Defendants*. | § | 240TH JUDICIAL DISTRICT |

## NOTICE OF ACCELERATED APPEAL

Pursuant to Rules 25.1 and 28.1 of the Texas Rules of Appellate Procedure, Defendants Pleasanton Housing Finance Corporation and the Board Members of the Pleasanton Housing Finance Corporation, In Their Official Capacity ("**Pleasanton HFC**") states their desire to appeal the interlocutory Order Granting Temporary Injunction, signed on June 9, 2025, in *City of Missouri City, Texas & Sienna Parks & Levee Improvement District v. Pleasanton Housing Finance Corporation and The Board Members of the Pleasanton Housing Finance Corporation, In Their Official Capacities*, Cause No. 25-DCV-328899, in the 240th Judicial District Court, Fort Bend County, Texas. Defendants appeal to the Court of Appeals for the Fifteenth District of Texas, sitting in Austin, Texas.

This appeal is accelerated under Texas Rule of Appellate Procedure 28.1(a) and Section 51.014(a)(4) of the Texas Civil Practice and Remedies Code and is not "a parental termination or

ROUTED TO COURT 6/24/2025 AA
RT'D TO D. CLERK

child protection case or an appeal from an order certifying a child to stand trial as an adult, as defined in Rule 28.4." Tex. R. App. P. 25.1(d)(6).

This appeal involves a matter: "(A) brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education; (B) brought by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct; or (C) in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the attorney general is a party to the case." Tex. R. App. P. 25.1(d)(9).

Dated: June 23, 2025

Respectfully submitted,

*/s/ Daniel J. Lecavalier*
Blake W. Stribling
Texas Bar No. 24070691
Daniel J. Lecavalier
Texas Bar No. 24129028
Chasnoff | Stribling, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: 210-469-4155
Email: bstribling@chasnoffstribling.com
Email: dlecavalier@chasnoffstribling.com

*Counsel for Defendants Pleasanton Housing Finance Corporation and The Board Members of The Pleasanton Housing Finance Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been served in compliance with the Texas Rules of Civil Procedure on this 23rd day of June 2025, to the following counsel of record:

John J. Hightower
Allison S. Killian
Jordan Marget
OLSON & OLSON, L.L.P.
2727 Allen Parkway, Suite 600
Houston, Texas  77019
jhightower@olsonllp.com
akillian@olsonllp.com
jmarget@olsonllp.com
(713) 533-3800 Telephone
(713) 533-3888 Fax

Joel Cleveland
Muller Law Group
202 Century Square Blvd
Sugar Land TX 77478
joel@mullerlawgroup.com
(281) 500-6050 – Office
(281) 277-8207 – Fax

*Counsel for Plaintiffs City of Missouri City, Texas and Sienna Parks & Levee Improvement District*

*/s/ Daniel J. Lecavalier*
Daniel J. Lecavalier

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Daniel Lecavalier
Bar No. 24129028
rfeltner@chasnoffstribling.com
Envelope ID: 102330743
Filing Code Description: Notice of Appeal
Filing Description: Notice of Accelerated Appeal
Status as of 6/24/2025 8:57 AM CST

Associated Case Party: City of Missouri City, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Hightower | 9614200 | jhightower@olsonllp.com | 6/23/2025 9:53:23 PM | SENT |
| Allison Killian | 24099785 | akillian@olsonllp.com | 6/23/2025 9:53:23 PM | SENT |
| E. Joyce Iyamu | | ejiyamu@missouricitytx.gov | 6/23/2025 9:53:23 PM | SENT |
| Jordan Marget | 24130447 | jmarget@olsonllp.com | 6/23/2025 9:53:23 PM | SENT |

Associated Case Party: Pleasanton Housing Finance Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim Decker | | kdecker@chasnoffstribling.com | 6/23/2025 9:53:23 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 6/23/2025 9:53:23 PM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 6/23/2025 9:53:23 PM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/23/2025 9:53:23 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 6/23/2025 9:53:23 PM | SENT |
| Blake W.Stribling | | bstribling@chasnoffstribling.com | 6/23/2025 9:53:23 PM | SENT |

Associated Case Party: Sienna Parks & Levee Improvement District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joel Cleveland | | Joel@mullerlawgroup.com | 6/23/2025 9:53:23 PM | SENT |